Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
B.N.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

B.N., a minor, By and Through T.N., His Guardian Ad Litem,

    Plaintiff,

v.

DAVIS JOINT UNIFIED SCHOOL DISTRICT and YOLO COUNTY OFFICE OF EDUCATION,
    Defendants.

CASE NO. 2:05-CV-00826 LKK GGH

ORDER

The application submitted by Plaintiff B.N., by and through his Guardian Ad Litem, T.N., to protect his right to privacy and to proceed under a pseudonym, came before this Court. Plaintiff's *ex parte* application for an order to protect his privacy rights, the memorandum of points and authorities, and the affidavit of counsel having been considered, and good cause appearing,

the Court orders 1) that Plaintiff and his Guardian Ad Litem may proceed under a pseudonym "B.N." and "T.N.," respectively, and 2) that all documents that contain personally identifiable information be filed under seal.

IT IS SO ORDERED.

DATED:

LAWRENCE K. KARLTON

1