UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

B.N., a minor, by and through
T.N., his Guardian ad Litem,

           Plaintiff,

   v.

DAVIS JOINT UNIFIED SCHOOL
DISTRICT and YOLO COUNTY
OFFICE OF EDUCATION,

           Defendants.

NO. CIV. S-05-826 LKK/GGH

O R D E R

The court is in receipt of correspondence from defendant's counsel dated September 30, 2005. The court hereby orders that Jan. E. Tomsky's Declaration and Exhibits filed concurrently with the opposition brief on September 22, 2005 be SEALED.

IT IS SO ORDERED.

DATED: October 11, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT