UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

B.N., a minor, by and through
T.N., his Guardian ad Litem,

        Plaintiff,

  v.

DAVIS JOINT UNIFIED SCHOOL
DISTRICT and YOLO COUNTY
OFFICE OF EDUCATION,

        Defendants.

NO. CIV. S-05-826 LKK/GGH

O R D E R

/

Plaintiff brings suit under Section 1415(i)(2)(A) of the Individuals with Disabilities Education Act ("IDEA"). Plaintiff alleges that B.N., a three-year-old child, has been aggrieved by a hearing decision rendered by the Special Education Hearing Office on or about February 1, 2005. This matter is before the court pursuant to an order issued by the court during a July 25, 2005 Status Conference. Plaintiff was ordered to "bring on a motion within thirty (30) days to test the right to further discovery and the admission of additional evidence." Having considered the

1  parties' papers and arguments raised during oral argument, the
2  court ORDERS as follows:
3      1.  Plaintiff's motion for further discovery is GRANTED.
4  Plaintiff, however, is directed to inform defendants of discovery
5  matters sought, and if defendants object to such requests,
6  defendants shall bring a motion before the magistrate judge.[1]
7      2.  Pursuant to the July 25, 2005 Status Conference, a further
8  Status Conference is scheduled for December 12, 2005 at 2:00 p.m.
9  The parties are reminded of their obligation to file status reports
10 prior to the conference.
11     IT IS SO ORDERED.
12     DATED: October 12, 2005.

13     /s/Lawrence K. Karlton
   LAWRENCE K. KARLTON
14 SENIOR JUDGE
   UNITED STATES DISTRICT COURT

---

[1] The court admonishes plaintiff to follow the guidelines set forth in <u>Ojai Unified Sch. Dist. v. Jackson</u>, 4 F.3d 1467 (9th Cir. 1993), with regard to admissibility of evidence. Defendant is also reminded of this court's broad discretion to admit additional evidence under <u>Ojai</u> and the governing statute, and thus, the court will not look kindly upon unnecessary discovery objections.