Jan E. Tomsky, SBN 173131
Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
899 Northgate Drive, Suite 200
San Rafael, CA 94903-3666
Telephone: (415) 459-3008
Facsimile (415) 456-3826

Attorneys for Defendants
DAVIS JOINT UNIFIED SCHOOL DISTRICT et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.N., a minor, by and through T.N., his Guardian Ad Litem,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT and YOLO COUNTY OFFICE OF EDUCATION,<br><br>　　　　　　　Defendants. | CASE NO. CV 05-00826 LKK GGH<br><br>**STIPULATION TO REPLACE PAGE IN DISTRICT'S OPPOSITION IN ORDER TO REMOVE PERSONALLY IDENTIFIABLE INFORMATION; PROPOSED ORDER**<br><br>Judge:　　Hon. Lawrence K. Karlton |

　　　　IT IS HEREBY STIPULATED by and between the Plaintiff B.N., a minor, by and through T.N., his Guardian Ad Litem ("B.N."), through his attorney, Roberta Savage, Esq., Defendant Davis Joint Unified School District ("District"), through its attorneys, Lozano Smith by Jan E. Tomsky, Esq., and Defendant Yolo County of Education, through its attorneys, Atkinson, Andelson, Loya, Ruud, and Romo by Sherianne Laba, Esq., as to the following:

　　　　1.　　On September 23, 2005, the District filed with the Court its Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Obtain Additional Evidence Through Discovery. On page 10 of the said Opposition, the District mistakenly cited an Exhibit by reference to personally identifiable information of B.N.'s, Guardian Ad Litem, T.N.

/ / /

2. At the parties' October 11, 2005 hearing before the Court, the parties discussed removing the said reference to T.N. from the District's Opposition.

3. The parties agree that the personally identifiable reference to T.N. should be removed, that the District's Opposition that is currently on file with the Court should be placed under seal, and that District will resubmit its Opposition with the personally identifiable information of T.N. removed. Said resubmitted Opposition with an amended page 10 will not be placed under seal.

4. The parties further agree that the merits of Plaintiff's Motion to Obtain Additional Evidence and the District's Opposition to the same was decided by this Court on October 11, 2005, and is reflected in this Court's Order of October 13, 2005. As such, the parties agree that the District's filing of an amended page 10 for its Opposition does not affect the outcome or the merits of the issues argued therein.

Dated: October 17, 2005

Respectfully submitted,

/s/ Roberta Savage
ROBERTA SAVAGE
Attorney for Plaintiff B.N.

Dated: October 14, 2005

Respectfully submitted,

LOZANO SMITH

/s/ Jan E. Tomsky
JAN E. TOMSKY
Attorneys for Defendant
DAVIS JOINT UNIFIED SCHOOL DIST.

Dated: October 14, 2005

Respectfully submitted,

ATKINSON, ANDELSON, LOYA, RUUD, & ROMO

/s/ Sherianne Laba
SHERIANNE LABA
Attorneys for Defendant
YOLO COUNTY OFFICE OF EDUC.

G:\DOCS\KAR\DKAR1\ORDERS\05cv826.sealdoc.1019.wpd

1  [PROPOSED] ORDER

2   IT IS HEREBY ORDERED that the Defendant Davis Joint Unified School District's Opposition
3  to Plaintiff's Motion to Obtain Additional Evidence Through Discovery, now filed with the Court, will
4  be placed under seal and that the District will resubmit its Opposition with an amended page 10.  The
5  resubmitted Opposition with the amended page 10 will not contain any personally identifiable
6  information, will not be placed under seal, and does not affect the outcome or the merits of Plaintiff's
7  Motion to Obtain Additional Evidence and the District's Opposition to the same, which was decided by
8  this Court on October 11, 2005, and is reflected in this Court's Order filed on October 13, 2005.

DATED:  October 19, 2005
/s/Lawrence K. Karlton
Honorable Lawrence K. Karlton
Senior Judge
United States District Court

G:\DOCS\KAR\DKAR1\ORDERS\05cv826.sealdoc.1019.wpd