UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

B.N., a minor, by and through
T.N., his Guardian ad Litem,

        Plaintiff,

   v.

DAVIS JOINT UNIFIED SCHOOL
DISTRICT and YOLO COUNTY
OFFICE OF EDUCATION,

        Defendants.
                              /

NO. CIV. S-05-826 LKK/GGH

O R D E R

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    The court, having been informed that the parties have settled the above-captioned case, now orders that the dispositional documents disposing of the case be filed no later than sixty (60) days from the effective date of this order.

    All hearing dates heretofore set in this matter, including the Status Conference currently set for December 12, 2005, are hereby **VACATED**.

////

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

IT IS SO ORDERED.

DATED: December 6, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT